IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW MEXICO<br>DEPARTMENT OF INFORMATION<br>TECHNOLOGY,<br>715 Alta Vista<br>Santa Fe, NM 87502-0110<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201-0004<br><br>and<br><br>MICHAEL O. LEAVITT<br>Secretary of the Department of Health<br>  and Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201-0004<br><br>*Defendants*. | Case No. 1:07-cv-01603-CKK<br>Judge Kollar-Kotelly<br>Administrative Agency Review |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Susannah Clayton Vance as counsel in this case for the New Mexico Department of Information Technology.

*[signature]*
Susannah Clayton Vance
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
(202) 662-5354

DC Bar Number 496163

October 12, 2007

2