## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NEW MEXICO<br>DEPARTMENT OF INFORMATION<br>TECHNOLOGY,<br>715 Alta Vista<br>Santa Fe, NM 87502-0110<br><br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201-0004<br><br>and<br><br>MICHAEL O. LEAVITT<br>Secretary of the Department of Health<br>  and Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201-0004<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:07-cv-01603<br>Judge Kollar-Kotelly<br>Administrative Agency Review |

## <u>PROOF OF SERVICE WITH RESPECT TO SECRETARY MICHAEL O. LEAVITT,<br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES</u>

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NEW MEXICO DEPARTMENT OF INFORMATION TECHNOLOGY, 715 Alta Vista Santa Fe, NM 87502-0110 | ) ) ) ) ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Case No. 1:07-cv-01603 Judge Kollar-Kotelly Administrative Agency Review |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, 200 Independence Avenue, S.W. Washington, D.C. 20201-0004 | ) ) ) ) ) | |
| and | ) ) | |
| MICHAEL O. LEAVITT Secretary of the Department of Health and Human Services, 200 Independence Avenue, S.W. Washington, D.C. 20201-0004 | ) ) ) ) ) ) | |
| *Defendants.* | ) ) | |

## AFFIDAVIT OF MAILING WITH RESPECT TO
## SECRETARY MICHAEL O. LEAVITT, UNITED STATES DEPARTMENT OF
## HEALTH AND HUMAN SERVICES

I, Susannah Vance, hereby state that:

On the 13th day of September, 2007, I caused to be deposited in the United States

Mail, certified mail, postage prepaid, a copy of the summons and complaint in the above

captioned case to Michael O. Leavitt, Secretary  of the United States Department of Health and

Human Services, 200 Independence Avenue, SW, Washington, DC, 20201-0004.  Return receipt was requested by means of the enclosed form.

I have received the enclosed receipt for the certified mail, Item Number 7004 1160 0001 9725 3565, indicating that delivery of the summons and complaint was made upon Secretary Michael O. Leavitt on the 17th day of September, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Susannah Vance
Covington & Burling LLP
1201 Pennsylvania Ave., NW
Washington, DC  20004
(202) 662-5354

October 12, 2007

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NEW MEXICO DEPARTMENT OF
INFORMATION TECHNOLOGY

**SUMMONS IN A CIVIL CASE**

V.

US DEPARTMENT OF HEALTH AND HUMAN SERVICES

and

MICHAEL O. LEAVITT, Secretary of the Department of Health and Human Services

CASE

Case: 1:07-cv-01603
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 9/10/2007
Description: Admn. Agency review

TO: (Name and address of Defendant)

Michael O. Leavitt
Secretary of the Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC  20201-0004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles A. Miller
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     SEP 1 0 2007

CLERK                                                          DATE

_Nancy Higgins_

(By) DEPUTY CLERK

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that this 13th day of September, 2007, I caused to be delivered, by U.S. Certified Mail, the Complaint and Summons of Plaintiff, New Mexico Department of Information Technology, to Michael O. Leavitt, Secretary of the Department of Health and Human Services, 200 Independence Avenue, SW, Washington, DC 20201-0004.

Respectfully submitted,

Susannah Vance
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401
(202) 662-5354



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.99 |
| Certified Fee | | $2.65 |
| Return Reciept Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.64 |

S Vance
680 1

Postmark
Here

09/13/2007

7004 1160 0001 9725 3565

*Sent to* Michael O. Leavitt

*Street, Apt. No.;* Secretary of the Department of Health and Human Ser
*or PO Box No.* 200 Independence Avenue, SW
*City, State, ZIP+4* Washington, DC 20201-0004

PS Form 3800, June 2002                    See Reverse for Instructions

United States Postal Service

# Request for Delivery Information/Return Receipt After Mailing

**INSTRUCTIONS FOR USE:**

**Accepting Office**

1. *Internal Use Only.* Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Complete the shaded portions in Section 1.

2. Collect fees if required.

3. Select <u>ONE</u> of the following two options:

   A. __ If the item was mailed to an office using electronic record management (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:

   ❏ If your office has Intranet access, use the Intranet to generate the request via fax or mail.

   ❏ If your office does not have Intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location.

   If electronic record is found, request record electronically and discard this form. If not found, manually complete Section 3 and mail to customer.

   B. __ If the item was mailed to an office using manual record management (refer to POM Section 619 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

**Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (3B checked above)**

1. If the fee is not attached or the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.

2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.

3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the requestor and deposit it in the mailstream. Discard the remaining portion.

**Sec 1**

Accepting Office: Postmark if Return Receipt fee was paid at time of mailing.

❏ Return Receipt fee WAS paid at time of mailing. (Customer has provided receipt. Postmark where indicated at left.)

❏ Return Receipt fee WAS NOT paid at time of mailing. (Attach fee below.)

*Attach fee here if applicable*

Accepting Office City/State/ZIP Code:

---

**Delivery Office/Manual Inquiries:** Detach at dotted line and return bottom portion to customer when inquiry is resolved - discard remainder of form.

**Electronic Inquiries:** Generate request from Intranet and discard the entire form if record found.

---

**Section 2**

| A. TYPE OF SERVICE | C. ARTICLE INFORMATION |
|---|---|
| ❏ Certified  ❏ Numbered Insured | Article Number |
| ❏ COD  ❏ Registered | 7004 1160 0001 9725 3565 |
| ❏ Express Mail  ❏ Return Receipt for Merchandise | Mailing Date (mm/dd/yy)  09/13/2007 |

**B. ARTICLE ADDRESSED TO**

Addressee Name

Michael O. Leavitt

Addressee Address

Secretary of the Department of Health and Human Services, 200 Independence Ave., SW

*(No., Street, Apt./Ste. No.)*

Washington, DC  20201-0004

*(City, State, ZIP Code)*

**D. REQUESTOR**

Requestor Name

Susannah Vance

Requestor Address

Covington & Burling LLP
1201 Pennsylvania Avenue, NW

*(No., Street, Apt./Ste. No.)*

Washington, DC  20004

*(City, State, ZIP Code)*

Fax Number *(include area code)* - **Complete ONLY if an electronic inquiry**

(     )

---

**Section 3**

| For Delivery Office Use Only | Delivered to the following individual, company or organization | Delivery Office Postmark |
|---|---|---|
| Postal Service records show no delivery information because: | | |
| ❏ Record not found | Delivery Date | |
| ❏ Forwarded (date: | | |
| ❏ Returned (date: | Delivery Address *(if different from address in section 2B)* | |

---

S Form **3811-A**, July 2003 *(Page 1 of 1)*

**Request for Delivery Information/Return Receipt After Mailing**
United States Postal Service



**UNITED STATES**
**POSTAL SERVICE**

---

**Track/Confirm - Intranet Item Inquiry**
**Item Number: 7004 1160 0001 9725 3565**

---

**This item was delivered on 09/17/2007 at 07:49**

| | |
|---|---|
| **Signature:** | *Dora Ricks* <br> DORA RICKS |
| **Address:** | HHS 20201 |

---

**Enter Request Type and Item Number:**

Quick Search ⦿          Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.