IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW MEXICO<br>DEPARTMENT OF INFORMATION<br>TECHNOLOGY,<br>715 Alta Vista<br>Santa Fe, NM 87502-0110<br><br>              *Plaintiff*,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201-0004<br><br>    and<br><br>MICHAEL O. LEAVITT<br>Secretary of the Department of Health<br>  and Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201-0004<br><br>              *Defendants*. | Case No. 1:07-cv-01603<br>Judge Kollar-Kotelly<br>Administrative Agency Review |

**PROOF OF SERVICE WITH RESPECT TO**
**THE UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW MEXICO<br>DEPARTMENT OF INFORMATION<br>TECHNOLOGY,<br>715 Alta Vista<br>Santa Fe, NM 87502-0110<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201-0004<br><br>and<br><br>MICHAEL O. LEAVITT<br>Secretary of the Department of Health<br>  and Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201-0004<br><br>*Defendants*. | Case No. 1:07-cv-01603<br>Judge Kollar-Kotelly<br>Administrative Agency Review |

## AFFIDAVIT OF MAILING WITH RESPECT TO
## THE UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA

I, Susannah Vance, hereby state that:

On the 13th day of September, 2007, I caused to be deposited in the United States

Mail, certified mail, postage prepaid, a copy of the summons and complaint in the above

captioned case, to the United States Attorney for the District of Columbia, Civil Division, Attn:

Civil Process Clerk, 501 Third Street, NW, Washington, DC 20001. Return receipt was requested by means of the enclosed form.

A tracking report obtained from the United States Postal Service, enclosed herein, indicated delivery on September 24, 2007. On October 5, however, the item was returned to the offices of Covington & Burling LLP.

Therefore, on October 5, 2007, for the convenience of the United States Attorney and as reflected in the enclosed Return of Service, I caused the summons, complaint, and a cover letter from counsel Charles A. Miller to be hand-delivered by Albert Warren to the office of the Civil Process Clerk, Civil Division, United States Attorney for the District of Columbia, at the address listed above. The United States Attorney's Office stamped the summons, indicating delivery. The cover letter, enclosed herein, explained that the Plaintiff had served the complaint and summons by certified mail, in compliance with the Federal Rule of Civil Procedure 4(i)(1)(A), on September 13, 2007, and that the United States Postal Service had attempted to make delivery.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Susannah Vance
Covington & Burling LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
(202) 662-5354

October 12, 2007

PLEASE STAMP
AND RETURN

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NEW MEXICO DEPARTMENT OF
INFORMATION TECHNOLOGY

**SUMMONS IN A CIVIL CASE**

V.

US DEPARTMENT OF HEALTH AND HUMAN SERVICES

and

MICHAEL O. LEAVITT, Secretary of the Department of Health and Human Services

CAS

TO: (Name and address of Defendant)

US Attorney for the District of Columbia
501 Third Street, NW
Washington, DC  20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles A. Miller
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**     **SEP 10 2007**

CLERK                                              DATE

_Maureen Higgins_
(By) DEPUTY CLERK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this 13th day of September, 2007, I caused to be delivered, by U.S. Certified Mail, the Complaint and Summons of Plaintiff, New Mexico Department of Information Technology, to the U.S. Attorney for the District of Columbia, Civil Division, Attn: Civil Process Clerk, 501 Third Street, NW, Washington, DC 20001.

Respectfully submitted,

Susannah Vance
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401
(202) 662-5354

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | October 5, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| AL WARRG | OUT SING MESSEGER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: __501 Third St., NW,__
__Washington, DC   20001__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: __US ATTORNEY OFFICE__

☐ Returned unexecuted: __FOR THE DIST OF COLUMBIA STE 4500__

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __10-5-07__       __al W____
            Date            Signature of Server

COVINGTON & BURLING
1201 PA AVE NW WASH DC
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

PLEASE STAMP AND RETURN

# COVINGTON & BURLING LLP

1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
TEL 202.662.6000
FAX 202.662.6291
WWW.COV.COM

WASHINGTON
NEW YORK
SAN FRANCISCO
LONDON
BRUSSELS

CHARLES A. MILLER
TEL 202.662.5410
FAX 202.778.5410
CMILLER@COV.COM

October 5, 2007

By Hand Delivery

Civil Process Clerk
United States Attorney for the District of Columbia
501 Third St. NW
Washington, DC 20001

   Re: *New Mexico Department of Information Technology v. U.S. Department of Health and Human Services*, No. 1:07-cv-01603

Dear Sir or Madam:

  The New Mexico Department of Information Technology served on your office a summons and complaint in this matter, by certified mail, on September 13, 2007, in accordance with Federal Rule of Civil Procedure 4(i)(1)(A). Return receipt was requested. The package was sent to the correct address, and a tracking report from the U.S. Postal Service (enclosed) reflected that the package was delivered. Today, however, the package was returned to our office, and we gather that the U.S. Attorney's Office failed to accept delivery.

  Also on September 13, 2007, summons and copies of the complaint were served on the U.S. Department of Health and Human Services, Secretary Michael O. Leavitt, and the United States Attorney General, by certified mail and in compliance with Federal Rule of Civil Procedure 4(i)(1)(B) and (C). We obtained signatures confirming receipt by those entities.

  Accordingly, for the convenience of the United States Attorney, please find enclosed herewith the summons and a copy of the complaint served on September 13.

Sincerely,

Charles A. Miller

Enclosure



PLEASE STAMP
AND RETURN

United States Postal Service
## Request for Delivery Information/Return Receipt After Mailing

**INSTRUCTIONS FOR USE:**

**Accepting Office**

1. *Internal Use Only.* Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Complete the shaded portions in Section 1.
2. Collect fees if required.
3. Select <u>ONE</u> of the following two options:

   A. ___ If the item was mailed to an office using electronic record management (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:

   ☐ If your office has Intranet access, use the Intranet to generate the request via fax or mail.

   ☐ If your office does not have Intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location.

   If electronic record is found, request record electronically and discard this form. If not found, manually complete Section 3 and mail to customer.

   B. ___ If the item was mailed to an office using manual record management (refer to POM Section 619 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

**Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (3B checked above)**

1. If the fee is not attached or the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.
2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.
3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the requestor and deposit it in the mailstream. Discard the remaining portion.

Delivery Office/Manual Inquiries: Detach at dotted line and return bottom portion to customer when inquiry is resolved - discard remainder of form.

Electronic Inquiries: Generate request from Intranet and discard the entire form if record found.

| A. TYPE OF SERVICE | | C. ARTICLE INFORMATION |
|---|---|---|
| ☐ Certified | ☐ Numbered Insured | Article Number |
| ☐ COD | ☐ Registered | 7003 1680 0000 0818 1551 |
| ☐ Express Mail | ☐ Return Receipt for Merchandise | Mailing Date (mm/dd/yy) 09/13/2007 |

**B. ARTICLE ADDRESSED TO**

Addressee Name: US Attorney for the District of Columbia

Addressee Address: Civil Division, Attn: Civil Process Clerk
501 Third Street, NW
(No., Street, Apt./Ste. No.)

Washington, DC 20001
(City, State, ZIP Code)

**D. REQUESTOR**

Requestor Name: Susannah Vance

Requestor Address: Covington & Burling, LLP
1201 Pennsylvania Avenue, NW
(No., Street, Apt./Ste. No.)

Washington, DC 20004
(City, State, ZIP Code)

Fax Number (Include area code) - Complete ONLY if an electronic inquiry
( )

Form **3811-A**, July 2003 *(Page 1 of 1)*                Request for Delivery Information/Return Receipt After Mailing



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 1680 0000 0818 1551**
Detailed Results:

- Delivered, September 24, 2007, 2:39 pm, WASHINGTON, DC 20001
- Forwarded, September 14, 2007, 1:04 pm, WASHINGTON, DC
- Arrival at Unit, September 14, 2007, 11:42 am, WASHINGTON, DC 20001
- Acceptance, September 13, 2007, 12:25 pm, WASHINGTON, DC 20004

**Track & Confirm**
Enter Label/Receipt Number.

( < Back )    ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS       site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                                10/5/2007