UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW MEXICO ) <br> DEPARTMENT OF INFORMATION ) <br> TECHNOLOGY, ) <br> 715 Alta Vista ) <br> Santa Fe, NM 87502-0110 ) <br>                Plaintiff, ) <br>    v. ) <br> ) <br> ) <br> U.S. DEPARTMENT OF HEALTH ) <br> AND HUMAN SERVICES, ) <br> 200 Independence Avenue, S.W. ) <br> Washington, D.C. 20201-0004 ) <br> ) <br>         and ) <br> ) <br> MICHAEL O. LEAVITT ) <br> Secretary of the Department of Health ) <br> and Human Services, ) <br> 200 Independence Avenue, S.W. ) <br> Washington, D.C. 20201-0004 ) <br> ) <br>                Defendants. ) <br> ) | Civil Action No. 07-1603 (CKK) <br> (ECF) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

Respectfully submitted,

      /s/
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC  20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

    I hereby certify that on this 6th day of November, 2007, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **Charles A. Miller,** via the Court's Electronic Case Filing system.

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC  20530
(202) 305-4851