# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW MEXICO DEPARTMENT OF INFORMATION TECHNOLOGY,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>and<br><br>MICHAEL O. LEAVITT<br>Secretary of the Department of Health and Human Services,<br><br>*Defendants*. | Case No. 1:07-cv-01603-CKK<br>Judge Kollar-Kotelly<br>Administrative Agency Review |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Leah Pogoriler as counsel in this case for the New Mexico Department of Information Technology.

        /s/
Leah Pogoriler (D.C. Bar No. 973827)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC  20004
(202) 662-5359

November 21, 2007

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 21st day of November, 2007, I caused the foregoing Notice of Appearance to be served on Defendants' attorney, Mercedeh Momeni, via the Court's Electronic Case Filing system.

                                                      _____/s/_____
                                                     Leah Pogoriler
                                                     COVINGTON & BURLING LLP
                                                     1201 Pennsylvania Ave., NW
                                                     Washington, DC  20004
                                                     (202) 662-5359