UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW MEXICO DEPARTMENT <br> OF INFORMATION TECHNOLOGY, <br> <br> Plaintiff, <br> v. <br> <br> U.S. DEPARTMENT OF HEALTH <br> AND HUMAN SERVICES, et al., <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. 07-1603 (CKK) <br>    (ECF) |

## CONSENT MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT

Defendants, the United States Department of Health and Human Services ("HHS") and Michael O. Leavitt , through and by undesigned counsel, respectfully move for extension of time to respond to Plaintiff's Complaint, including December 11, 2006.  Good cause exists to grant this motion.  In support of this motion, Defendants say as follows:

1. A response to Plaintiff's Complaint is due on December 4, 2007.

2. Defendants require additional time to prepare and file a dispositive motion in response to Plaintiff's Complaint.  This time is principally needed because of the schedule of lead counsel for Defendants, which has included, during the last week, extensive settlement discussions in a Rehabilitation Act matter; a hearing, discovery and negotiations in a multi-count complaint in a Title VII case; and, dispositive motion practice in an Mandamus and Administrative Procedures Act matter.  Additionally, although Defendants' brief is largely complete, it became apparent that undersigned counsel would require additional time when an illness manifested itself two days ago.

3. Defendants therefore request one additional week to submit their dispositive motion.

4. Pursuant to Local Rule 7(m), the parties conferred via telephone.  Plaintiff's counsel graciously consented to the relief requested.

5. This is the first request made to enlarge this filing deadline.

WHEREFORE, Defendants request that this enlargement be granted, and that the date for the filing of their response to Plaintiff's Complaint be extended to December 11, 2007.

Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
UNITED STATES ATTORNEY


_/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


_/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, D.C. 20530
Tel: (202) 305-4851

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2007, I caused the foregoing Motion to Enlarge Time to be served on parties of record, via the Court's Electronic Case Filing system.

/s/

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, D.C. 20530
(202) 305-4851

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW MEXICO DEPARTMENT OF INFORMATION TECHNOLOGY, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | Civil Action No. 07-1603 (CKK) <br> (ECF) |

ORDER

Upon consideration of Defendants' Consent Motion to Enlarge Time to Respond to Plaintiff's Complaint, it is hereby ORDERED that the Motion is GRANTED.

Defendants' response to Plaintiff's Complaint shall be due on December 11, 2007.

SO ORDERED on this ____ day of December 2007.

_____
UNITED STATES DISTRICT JUDGE