IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW MEXICO <br> DEPARTMENT OF INFORMATION <br> TECHNOLOGY, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH <br> AND HUMAN SERVICES, <br><br> and <br><br> MICHAEL O. LEAVITT <br> Secretary of the Department of Health <br> and Human Services, <br><br> *Defendants*. | Case No. 1:07-cv-01603-CKK <br> Judge Kollar-Kotelly <br> Administrative Agency Review |

**CONSENT MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff New Mexico Department of Information Technology ("Plaintiff"), by and through undersigned counsel, respectfully moves for an extension of the deadline for responding to Defendants' Motion for Summary Judgment, until and including January 11, 2008. Good cause exists to grant this motion. In support of this motion, Plaintiff states as follows:

1. Defendants filed a Motion for Summary Judgment on December 11, 2007.

2. Under Federal Rules of Civil Procedure 5(b) and 6(e) and Local Rule 7(b), Plaintiff's response to Defendants' Motion for Summary Judgment is due on December 27, 2007.

3. Although counsel for Plaintiff have been and will continue working diligently on preparing a response to Defendants' Motion for Summary Judgment, they will have difficulty meeting the current deadline because it is the holiday season and they, their support staff, and representatives of their client have prearranged travel and family commitments.

4. Plaintiff therefore requests fifteen additional days to file its opposition to Defendants' Motion for Summary Judgment.

5. Pursuant to Local Rule 7(m), the parties conferred via telephone and electronic mail ("e-mail"). Rudolph Contreras, counsel for Defendants, granted Defendants' consent to the requested extension via e-mail on December 18, 2007.

6. This is the first request made to enlarge this filing deadline.

WHEREFORE, Plaintiff requests that this enlargement be granted, and that the deadline for the filing of its opposition to Defendants' Motion for Summary Judgment be extended to January 11, 2008.

        Respectfully submitted,

        __/s/__ Charles A. Miller _____
        Charles A. Miller (D.C. Bar No. 8904)
        Susannah Vance (D.C. Bar No. 496163)
        Leah Pogoriler (D.C. Bar No. 973827)
        COVINGTON & BURLING LLP
        1201 Pennsylvania Ave., NW
        Washington, DC 20004
        (202) 662-6000

        *Attorneys for New Mexico Department of Information Technology*

        December 18, 2007

## CERTIFICATE OF SERVICE

  I hereby certify that on this 18th day of December, 2007, I caused the foregoing Consent Motion to Enlarge Time to Respond to Defendants' Motion for Summary Judgment and the attached Proposed Order to be served on Mercedeh Momeni, counsel for Defendants, via the Court's Electronic Case Filing system.

              __/s/__ Leah Pogoriler_____
              Leah Pogoriler
              COVINGTON & BURLING LLP
              1201 Pennsylvania Ave., NW
              Washington, DC  20004
              (202) 662-6000

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NEW MEXICO DEPARTMENT OF INFORMATION TECHNOLOGY, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> and <br><br> MICHAEL O. LEAVITT Secretary of the Department of Health and Human Services, <br><br> *Defendants*. | Case No. 1:07-cv-01603-CKK <br> Judge Kollar-Kotelly <br> Administrative Agency Review |

## **ORDER**

Having considered Plaintiff's Consent Motion to Enlarge Time to Respond to Defendants' Motion for Summary Judgment, this Court hereby ORDERS that the Motion is GRANTED.

It is further ORDERED that Plaintiff's response to Defendants' Motion for Summary Judgment shall be due on January 11, 2008.

It is so ORDERED this ____ day of December, 2007.

_____
Judge Kollar-Kotelly
United States District Judge

2

       The following attorneys are entitled to be notified of the entry of the foregoing Order:

       Charles A. Miller
       Susannah Vance
       Leah Pogoriler
       COVINGTON & BURLING LLP
       1201 Pennsylvania Ave., NW
       Washington, DC  20004

       Mercedeh Momeni
       Assistant United States Attorney
       555 4th Street, NW
       Washington, DC  20530