UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW MEXICO DEPARTMENT OF INFORMATION TECHNOLOGY, 715 Alta Vista Santa Fe, NM 87502-0110 )))))) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-1603 (CKK) (ECF) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, 200 Independence Avenue, S.W. Washington, D.C. 20201-0004 )))))) | |
| and ) | |
| MICHAEL O. LEAVITT Secretary of the Department of Health and Human Services, 200 Independence Avenue, S.W. Washington, D.C. 20201-0004 )))))))) | |
| Defendants. )) | |

**NOTICE OF FILING**

On December 11, 2007, Defendant filed the Administrative Record as an Exhibit to the

Motion for Summary Judgment, Docket # 11.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
UNITED STATES ATTORNEY


\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


\_/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, D.C.  20530
Tel: (202) 305-4851

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December, 2007, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **Charles A. Miller,** via the Court's Electronic Case Filing system.

__/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851