UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW MEXICO DEPARTMENT OF INFORMATION TECHNOLOGY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>U.S. DEPARTMENT OF HEALTH )<br>AND HUMAN SERVICES, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 07-1603 (CKK)<br>(ECF) |

**CONSENT MOTION TO ENLARGE TIME TO RESPOND
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT**

Defendants, the United States Department of Health and Human Services ("Agency") and Michael O. Leavitt , through and by undesigned counsel, respectfully move for extension of time to respond to Plaintiff's Motion for Summary Judgment, through and including February 5, 2007. Good cause exists to grant this motion. In support of this motion, Defendants say as follows and herewith attach a proposed briefing schedule:

1. Defendants filed their Motion for Summary Judgment on December 11, 2007. *See* USDC Pacer Doc. No. 11. Plaintiff filed its (cross) Motion for Summary Judgment on December 21, 2007. *See* USDC Pacer Doc. No. 14. The opposition to Defendants' motion is potentially due January 11, 2008,[1] the opposition to Plaintiff's motion is due on January 4, 2008.

2. Defendants intend to file a consolidated reply (in support of their motion) and opposition (to Plaintiff's motion), but require additional time. This time is principally required to allow for Plaintiff's filing of its opposition, and due to a need to coordinate efforts with the Agency thereafter.

---

[1] Plaintiff filed its consent motion for extension of its opposition filing deadline on December 18, 2007. *See* USDC Pacer Doc. No. 12.

3.  Defendants therefore request that their consolidated reply and opposition be due on February 5, 2008, and that the Court approve the attached proposed briefing schedule, with the following time line:

* Plaintiff's Opposition to Defendants' Motion for Summary Judgment shall be filed no later than January 11, 2008;

* Defendants' consolidated Reply in Support of its Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment shall be filed on or before February 5, 2008; and,

* Plaintiff's Reply shall be filed on or before February 22, 2008.

4.  Pursuant to Local Rule 7(m), the parties conferred via telephone and electronic mail. Plaintiff's counsel graciously consented to the relief requested.

5.  This is the first request made to enlarge this filing deadline.

WHEREFORE, Defendants request that this enlargement be granted, and that the date for the filing of their consolidated reply and opposition be extended to February 5, 2008.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
UNITED STATES ATTORNEY


\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

\_/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
Tel: (202) 305-4851

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2007, I caused the foregoing Motion to Enlarge Time and Proposed Order (Briefing Schedule) to be served on parties of record, via the Court's Electronic Case Filing system.

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 305-4851

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW MEXICO DEPARTMENT OF INFORMATION TECHNOLOGY,<br><br>     Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>     Defendants. | Civil Action No. 07-1603 (CKK) (ECF) |

**ORDER**

Upon consideration of Defendants' Motion To Extend Time to Respond to Plaintiff's Motion for Summary Judgment, and the entire record herein, the Court is of the opinion and finds that, for the reasons set forth by Defendants, that Defendants' motion should be GRANTED. Deadlines for further filings related to dispositive motions shall be as follows:

*   Plaintiff's Opposition to Defendants' Motion for Summary Judgment shall be filed no later than January 11, 2008;

*   Defendants' consolidated Reply in Support of its Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment shall be filed on or before February 5, 2008; and,

*   Plaintiff's Reply shall be filed on or before February 22, 2008.

Accordingly, it is on this _____ day of _____, 200____,

       ORDERED that Defendants' Motion be and is hereby GRANTED.


                                                _____
                                                COLLEEN KOLLAR-KOTELLY
                                                UNITED STATES DISTRICT JUDGE


Copies to counsel of record via ECF.