IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NEW MEXICO DEPARTMENT OF INFORMATION TECHNOLOGY, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> and <br><br> MICHAEL O. LEAVITT Secretary of the Department of Health and Human Services, <br><br> *Defendants*. | Case No. 1:07-cv-01603-CKK <br> Judge Kollar-Kotelly <br> Administrative Agency Review |

## CONSENT MOTION TO SUPPLEMENT THE RECORD

Pursuant to Local Rule 7, Plaintiff New Mexico Department of Information Technology moves this Court to permit the attached Proposed Supplemental Record to be allowed as part of the record in this matter. In support of this motion, Plaintiff states as follows:

1. The attached documents would properly supplement the Administrative Record by bringing it up to date. In particular, the attached documents provide record support for the fact that New Mexico has paid the undisputed amount of its debt to the federal government ($1.85 million), plus interest. This fact is undisputed, and this Court may properly take notice of it.

2. By telephone and e-mail on February 21, 2008, Leah Pogoriler, counsel for New Mexico, explained to Mercedeh Momeni, counsel for Defendants, that New Mexico planned to submit the attached documents and to call this Court's attention to them. The attached documents were shared with Ms. Momeni.

3. By telephone on February 22, 2008, Ms. Momeni informed Ms. Pogoriler that Defendants consented to the supplementation of the record sought in this motion.

        Respectfully submitted,

        __/s/__ Charles A. Miller _____
        Charles A. Miller (D.C. Bar No. 8904)
        Susannah Vance (D.C. Bar No. 496163)
        Leah Pogoriler (D.C. Bar No. 973827)
        COVINGTON & BURLING LLP
        1201 Pennsylvania Ave., NW
        Washington, DC  20004
        (202) 662-6000

        *Attorneys for New Mexico Department of Information Technology*

February 22, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2008, I caused the foregoing Consent Motion to Supplement the Record, the attached Proposed Supplemental Record, and the attached Proposed Order to be served on Mercedeh Momeni, counsel for Defendants, via the Court's Electronic Case Filing system.

    __/s/__ Leah Pogoriler_____
Leah Pogoriler
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC  20004
(202) 662-6000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NEW MEXICO DEPARTMENT OF INFORMATION TECHNOLOGY, | ) ) ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 1:07-cv-01603-CKK |
|  | ) | Judge Kollar-Kotelly |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) | Administrative Agency Review |
| and | ) ) | |
| MICHAEL O. LEAVITT Secretary of the Department of Health and Human Services, | ) ) ) ) | |
| *Defendants*. | ) ) | |

**PROPOSED SUPPLEMENTAL RECORD**

Submitted by Plaintiff New Mexico Department of Information Technology on February 22, 2008.

# STATE OF NEW MEXICO
## DEPARTMENT OF INFORMATION TECHNOLOGY

**BILL RICHARDSON**
*GOVERNOR*

**ROY SOTO**
*SECRETARY*



**ELISA B. STORIE**
*DEPUTY SECRETARY*
*Enterprise Operations*

**CONNY R. MAKI**
*DEPUTY SECRETARY*
*Enterprise Services*

**EMILIO D. SANCHEZ**
*DIRECTOR*
*Administrative Services*

October 16, 2007

Mr. Elvis O. Davis

DHHS-Program Support Center.

Room 16A-12. Debt Management Branch

5600 Fishers Lane

Rockville, Maryland 20857

REFERENCE:

Reference Number 05-06-007PD

Claim Number 14060107

Dear Mr. Davis,

The State of New Mexico Department of Information Technology ("the State") is requesting a suspension of collection action pertaining to the above-referenced federal disallowance. The State filed a complaint in the U.S. District Court for the District of Columbia on September 10, 2007 disputing the amount of the disallowance and challenging the May 17, 2007 ruling of the Departmental Appeals Board of the Department of Health and Human Services ("DHHS").

We wish first to state that under 45 C.F.R. § 30.10, the Debt Management Branch of DHHS lacks authority to transfer to the Treasury Department ("Treasury") a debt that is in litigation. Given the lawsuit mentioned above, the debt that is the subject of the collection action is in litigation. At the very least, the amount that is disputed in the lawsuit – the $2,158,838 difference between the $4,011,031 that DHHS seeks and the $1,852,193 that the State believes is due to DHHS – is clearly in litigation. The transfer

of the debt to Treasury was thus improper, and should be rescinded. The State will oppose any steps taken by Treasury to collect the transferred debt.

That said, the State is interested in minimizing the accrual of interest on any debt that is ultimately determined to be due to DHHS. To that end, the State is committing to pay the undisputed amount of $1,852,193 before October 31, 2007.

The Department of Information Technology also is committing to seek a legislative appropriation for the remaining balance. The next legislative session begins January 15, 2008. If the legislative appropriation is approved, the State will make a provisional payment of the appropriated amount to DHHS, with the understanding that any such payment has no effect on the State's claims in the above-referenced litigation. The Department of Information Technology cannot guarantee that it will succeed in obtaining a legislative appropriation, and is not committing to pay the remaining balance if the appropriation is not approved.

We ask that you accept the proposal outlined above as a repayment agreement warranting intervention in Treasury's contemplated collection actions. Please instruct Treasury to suspend the imposition of administrative offsets until the litigation is fully resolved.

We understand that if DHHS prevails in this litigation, the State will be liable for the disputed amount, $2,158,838, as well as post-disallowance interest on that amount through the date of payment.

Thank you for your consideration in this matter.

Sincerely,

Bob Peters, Director
Office of Cost Allocation and Recovery
Department of Information Technology

For:
Roy Soto, Secretary
Department of Information Technology

cc: Katherine Brown, Assistant Regional Counsel, HHS/OGC

715 Alta Vista Dr Santa Fe, New Mexico 87502 PO Box 22550 Santa Fe, NM 87502
www.doit.state.nm.us

PSR 2



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Program Support Center

Rockville, Maryland 20857

## CERTIFIED MAIL - RETURN RECEIPT REQUESTED

October 24, 2007

Mr. Bob Peters, Director
Office of Cost Allocation and Recovery
Department of Information Technology
715 Alta Vista Drive
Santa Fe, New Mexico 87502

                Reference: 06-06-007PD
                Claim Number : 14060107
                Principal Due:   $4,011,031.00
                Disallowance Letter Date: 06/22/2006

Dear Mr. Peters :

This letter is in response to your letter dated October 16, 2007, informing the Debt Management Branch that a portion of the above referenced debt is in dispute and that the State of New Mexico has filed a complaint in the U.S. District Court for the District of Columbia, under the regulations 45C.F.R. 30.10 that amount $2,158,838.00 has been place in suspense status and no further collection will be taken until either a decision or settlement has be reached by either the District Court or the Department. However please be advised that interest will continue to accrued at the rate of 12.125%.

Your request to repay the balance that is not in dispute $1,852,193 plus accrued interest of $319,332.47 by October 31, 2007 has been approved.  A check in the amount of $2,171,525.47 ($1,852.193.00 principal, plus $319,332.47 accrued interest (for period 06/22/2006 thru 10/31/2007)) should be made payable to Department of Health and Human Services, and sent to the address below:

        DHHS-Program Support Center
        Room 16A-12, Debt Management Branch
        5600 Fishers Lane
        Rockville, Maryland  20857

Please be advised that failure to submit payment as you requested by October 31, 2007, will result in the undisputed amount of $1,852,193.00 plus any accrued interest to be referred to Treasury Department (TOP) for collection by offset and to the Department of Justice for litigation without further notice, in accordance with the Debt Collection Improvement Act of 1996 (public law 104-134, Chapter 10, Section 31001).

PSR 3

page 2

Also be advised that the State of New Mexico has a outstanding balance due on the following debt::

    Reference # 06-05-009PD
    Claim #    714050021
    Original Principal: $3,274,624.00
    Disallowance Letter Date: 02/05/2005

The total balance due is $51,431.84 ($41,579.66 principal plus $9,431.84 accrued interest.

Should you have any questions on this matter, please contact Sheila Banks at (301) 443-8949, Pamela Craig at (301) 443-9905 or Elvis Davis at (301) 443-9560. Please indicate the reference number on all correspondence.

                Sincerely Yours,
                Elvis O. Davis
                Debt Servicing Section
                Debt Management Branch
                Division of Financial Operations

**DEPARTMENT OF HEALTH & HUMAN SERVICES**  Program Support Center

Rockville, Maryland  20857

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

October 31, 2007

Mr. Bob Peters, Director
Office of Cost Allocation and Recovery
Department of Information Technology
715 Alta Vista Drive
Santa Fe, New Mexico 87502

                              Reference: 06-05-009PD
                              Claim Number : 714050021

Dear Mr. Peters :

Please be informed that the balance quoted in the latter dated October 24, 2007 for the debt reference below is incorrect.

    Reference # 06-05-009PD
    Claim #      714050021
    Original Principal: $3,274,624.00
    Disallowance Letter Date: 02/05/2005

The correct balance due is **$51,011.50** ($41,579.66 principal plus $9,431.84 accrued interest.

Should you have any questions on this matter, please contact Sheila Banks at (301) 443-8949, Pamela Craig at (301) 443-9905 or Elvis Davis at (301) 443-9560.  Please indicate the reference number on all correspondence.

                              Sincerely Yours,

                              Elvis O. Davis
                              Debt Servicing Section
                              Debt Management Branch
                              Division of Financial Operations

PSR 5

*301-443-8081*

# STATE OF NEW MEXICO
# DEPARTMENT OF INFORMATION TECHNOLOGY

**BILL RICHARDSON**
*GOVERNOR*

**ROY SOTO**
*SECRETARY*



**ELISA B. STORIE**
*DEPUTY SECRETARY*
*Enterprise Operations*

**CONNY R. MAKI**
*DEPUTY SECRETARY*
*Enterprise Services*

**EMILIO D. SANCHEZ**
*DIRECTOR*
*Administrative Services*

November 8, 2007

Mr. Elvis O. Davis

DHHS-Program Support Center.

Room 16A-12. Debt Management Branch

5600 Fishers Lane

Rockville, Maryland 20857

REFERENCE:   Reference Number 05-06-007PD
Claim Number 14060107
Reference Number 06-05-009PD
Claim Number 714050021

Dear Mr. Davis,

Enclosed are two checks from the state of New Mexico, one in the amount of $1,893,772.66 for the principal amount of the above referenced claims and a second in the amount of $328,764.31 for the interest. These payments represent the total undisputed principal and interest due through October 31, 2007 for the two above referenced claims. If you have any questions relating to this payment, please call Bob Peters at (505) 476-3103.

Sincerely,

*Bob Peters*

Bob Peters, Director

Office of Cost Allocation and Recovery

Department of Information Technology

*715 Alta Vista Dr Santa Fe, New Mexico 87502 PO Box 22550 Santa Fe, NM 87502*
*www.doit.state.nm.us*                                                              PSR 6

# State of New Mexico
## Department of Finance and Administration
### Warrant Remittance

| Business Unit: 36100 | DEPT OF INFORMATION TECHNOLOGY PO Box 22550 | | Santa Fe, NM 87502 | |
|---|---|---|---|---|
| Warrant No:B 1000684224 | Date: 11/08/2007 | Vendor Number:0000019476 | Vendor Name:DEPT OF HEALTH & HUMAN SERVICE | |

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Taken | Late Charge | Paid Amount |
|---|---|---|---|---|---|---|
| #06-06-007PD CLAIM#14 | Oct/24/2007 | 00001301 | 1,893,772.66 | 0.00 | 0.00 | 1,893,772.66 |

| Warrant Number | Date | Total Gross Amount | Total Discounts | Total Late Charges | Total Paid Amount |
|---|---|---|---|---|---|
| B 1000684224 | 11/08/2007 | $1,893,772.66 | $0.00 | $0.00 | $1,893,772.66 |

---

THE BACK OF THIS DOCUMENT CONTAINS A WATERMARK - HOLD AT ANGLE TO VIEW

95-32
1070 NM



## State of New Mexico
THE TREASURER OF THE STATE OF NEW MEXICO
WILL PAY THROUGH HIS FISCAL AGENT

Department of Finance and Administration
Santa Fe, New Mexico

11/08/2007 Date
VOID AFTER ONE YEAR
B 1000684224
$1,893,772.66***
PAY THIS AMOUNT

Pay: ****ONE MILLION EIGHT HUNDRED NINETY-THREE THOUSAND SEVEN HUNDRED SEVENTY-TWO AND 66 / 100 DOLLAR****

To: DEPT OF HEALTH & HUMAN SERVICE
PROGRAM SUP CTR/PARKLAWN BLDG
5600 FISHERS LANE RM 8-845
ROCKVILLE, MD 20857

*Katherine B. Miller*
Secretary of Dept. of Finance and Administration

PSR 7

⑈1000684224⑈ ⑆107000327⑆ 004276144466⑈



# State of New Mexico
*Department of Finance and Administration*

**Warrant Remittance**

| Business Unit: 36100 | DEPT OF INFORMATION TECHNOLOGY PO Box 22550 | | Santa Fe, NM 87502 | |
|---|---|---|---|---|
| Warrant No:B 1000684223 | Date: 11/08/2007 | Vendor Number:0000019476 | Vendor Name:DEPT OF HEALTH & HUMAN SERVICE | |

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Taken | Late Charge | Paid Amount |
|---|---|---|---|---|---|---|
| #06-06-007PD CLAIM#14 | Oct/24/2007 | 00001341 | 328,764.31 | 0.00 | 0.00 | 328,764.31 |

| Warrant Number | Date | Total Gross Amount | Total Discounts | Total Late Charges | Total Paid Amount |
|---|---|---|---|---|---|
| B 1000684223 | 11/08/2007 | $328,764.31 | $0.00 | $0.00 | $328,764.31 |

---

THE BACK OF THIS DOCUMENT CONTAINS A WATERMARK - HOLD AT ANGLE TO VIEW

96-32
1070 NM



# State of New Mexico
*Department of Finance and Administration*
Santa Fe, New Mexico

THE TREASURER OF THE STATE OF NEW MEXICO
WILL PAY THROUGH HIS FISCAL AGENT

11/08/2007 Date
**VOID AFTER ONE YEAR**
B 1000684223
$328,764.31***
PAY THIS AMOUNT

Pay: ***THREE HUNDRED TWENTY-EIGHT THOUSAND SEVEN HUNDRED SIXTY-FOUR AND 31 / 100 DOLLAR****

To: DEPT OF HEALTH & HUMAN SERVICE
PROGRAM SUP CTR/PARKLAWN BLDG
5600 FISHERS LANE RM 8 B45
ROCKVILLE, MD 20857

*Katherine B. Miller*
Secretary of Dept. of Finance and Administration

PSR-8

⑈1000684223⑈ ⑆107000327⑆ 004276144466⑈

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NEW MEXICO DEPARTMENT OF INFORMATION TECHNOLOGY, | ) ) ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) Case No. 1:07-cv-01603-CKK ) Judge Kollar-Kotelly |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) Administrative Agency Review ) ) |
| and | ) ) |
| MICHAEL O. LEAVITT Secretary of the Department of Health and Human Services, | ) ) ) ) |
| *Defendants*. | ) ) |

## **ORDER**

Having considered Plaintiff's Consent Motion to Supplement the Record and the documents submitted in support thereof, the Court hereby GRANTS the motion. It is hereby ORDERED that the Proposed Supplemental Record submitted by New Mexico on February 22, 2008, shall be allowed as part of the record in this matter.

It is so ORDERED this _____ day of _____, 2008.

_____

Judge Kollar-Kotelly
United States District Judge

The following attorneys are entitled to be notified of the entry of the foregoing Order:

    Charles A. Miller
    Susannah Vance
    Leah Pogoriler
    COVINGTON & BURLING LLP
    1201 Pennsylvania Ave., NW
    Washington, DC  20004

    Mercedeh Momeni
    Assistant United States Attorney
    555 4th Street, NW
    Washington, DC  20530